IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES R. COFFEY, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 05-2877 |
| | : | |
| FOOD LION, LLC, | : | |
|     Defendants | : | |

...o0o...

MEMORANDUM OPINION

Plaintiff James R. Coffey, acting pro se, has here asserted a claim of employment discrimination under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213, against his former employer, Food Lion, LLC. Plaintiff works (and continues to work) in the food preparation industry. He is allergic to certain cleansers commonly used in the food preparation industry. He was a baker for Food Lion.

The court held an on-the-record hearing and explained at length to plaintiff that not all impairments qualify as "disabilities" under the ADA. Plaintiff was afforded an opportunity to amend his complaint. In response, defendant has filed its motion to dismiss. As a matter of law, because plaintiff is not "substantially limited" in a major life activity, he fails to state a claim under the ADA.

For the reason stated above, the motion to dismiss shall be granted. An Order follows.

Filed: March 12, 2007                               /s/
                                                             ANDRE M. DAVIS
                                                             UNITED STATES DISTRICT JUDGE